No. 11-5263. Tommy L. Finley, Petitioner v. Jeremiah W. Nixon, Governor of Missouri.

565 U.S. 898, 132 S. Ct. 288, 181 L. Ed. 2d 174, 2011 U.S. LEXIS 5518.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 11-5264. Kris Alan Hahn, Petitioner v. Thomas E. Bauer, et al.

565 U.S. 898, 132 S. Ct. 289, 181 L. Ed. 2d 174, 2011 U.S. LEXIS 5578.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 393 Fed. Appx. 413.

No. 11-5265. Guy L. Gerken, Petitioner v. Wisconsin.

565 U.S. 898, 132 S. Ct. 289, 181 L. Ed. 2d 174, 2011 U.S. LEXIS 5579.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District IV, denied.

No. 11-5266. Benjamin R. Geer, Jr., Petitioner v. Joseph P. Nish, Superintendent, State Correctional Institution at Waymart, et al.

565 U.S. 898, 132 S. Ct. 289, 181 L. Ed. 2d 174, 2011 U.S. LEXIS 5690.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 11-5267. Remigio Arciniega Martinez, III, Petitioner v. Officer NFN Villalobos, et al.

565 U.S. 898, 132 S. Ct. 289, 181 L. Ed. 2d 174, 2011 U.S. LEXIS 5646.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-5268. Bruce Listman, Petitioner v. United States.

565 U.S. 898, 132 S. Ct. 289, 181 L. Ed. 2d 174, 2011 U.S. LEXIS 5657.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 636 F.3d 425.

No. 11-5269. Lafayette W. Hurdle, Petitioner v. Texas.

565 U.S. 898, 132 S. Ct. 289, 181 L. Ed. 2d 174, 2011 U.S. LEXIS 5641.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

No. 11-5270. Vincent Hatch, Petitioner v. Tony Parker, Warden.

565 U.S. 898, 132 S. Ct. 290, 181 L. Ed. 2d 174, 2011 U.S. LEXIS 5624.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.